INDYMAC BANK, F.S.B., Respondent, v MOHAMMAD A. KHOKHAR, Defendant, and BARBARA A. BAUMGARTEN, Appellant.

Submitted January 6, 2014; decided February 20, 2014

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.